

BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 1:11-CR-396 |
| Plaintiff, | REQUEST TO **UNSEAL** INDICTMENT |
| v. | |
| STACY HODGES, | |
| Defendant. | |

The arrest warrant in the above-captioned proceeding was executed on February 15, 2012. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: February 15, 2012         /s/ Elana S. Landau
                                By: Elana S. Landau
                                Assistant United States Attorney

1

```
BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
FEB 15 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>STACY HODGES,<br><br>       Defendant. | Case No: 1:11-CR-396<br><br>ORDER TO **UNSEAL** INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: 2/15, 2012

_____
Honorable Barbara A. McAuliffe
United States Magistrate Judge

2