1
2
3
4
5
6
7                                   UNITED STATES DISTRICT COURT

8                                  EASTERN DISTRICT OF CALIFORNIA-FRESNO

9
10  UNITED STATES OF AMERICA,            ) Case Number: 1:11CR00396-LJO -SK0
                                         )
11          Plaintiff,                   ) **REVISED STIPULATION TO**
                                         ) **CONTINUE STATUS CONFERENCE**
12  v.                                   ) **HEARING; ORDER**
                                         )
13  STACY HODGES,                        )
                                         ) Date:  April 30, 2012
14          Defendant.                   ) Time:  1:00 p.m.
                                         ) Judge:  Magistrate Judge Shelia K. Oberto
15  _____ )

16  **IT IS HEREBY STIPULATED** by and between the parties through their respective

17  counsel, Assistant United States Attorney Elana Landau, counsel for Plaintiff, and counsel for

18  Defendant, STACY HODGES, that the hearing currently set for April 30, 2012 at 1:00 p.m., **may

19  be rescheduled to May 7, 2012 at 1:00 p.m.**

20      This continuance is requested by counsel for defendant due to an unexpected death in

21  family whereas counsel would be attending a funeral services on this date.

22      The parties agree that the delay resulting from the continuance shall be excluded pursuant

23  to the Speedy Trial Act of 1974, 18 U.S.C. §§3161(h)(7)(B)(I) and (iv), and that good

24  / / /
25  / / /
26  / / /
27  / / /
28

cause exists, and that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 25, 2012                                        Respectfully submitted,


         /s/ Gary Huss
Attorney for Defendant,
STACY HODGES


Dated: April 25, 2012                                        BENJAMIN B. WAGNER
                                                              United States Attorney


         /s/ Elana Landau
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   April 26, 2012**                                        **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE